IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

GREGORY NEIL MAXWELL,

    Petitioner,

v.                                                                          2:23-CV-00024-Z-BR

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the 28 U.S.C. § 2255 Complaint filed by Petitioner. (ECF No. 3). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. (ECF No. 15). It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**. All other relief not expressly granted herein is also **DENIED**.[1]

**IT IS SO ORDERED.**

October 24, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] Specifically, ECF Nos. 7, 10, 11, 14, and 16 — in addition to the underlying Section 2255 Complaint (ECF No. 3).